**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PRESTIGE PET PRODUCTS, INC.,

    Plaintiff,

v.                            Case No. 10-13541

PINGYANG HUAXING LEATHER & PLASTIC
CO., et al.,

    Defendants.
                                       /

**ORDER GRANTING MOTION TO APPEAR WITHOUT LOCAL COUNSEL**

On November 15, 2010, Defendant Waggin' Train filed, through its attorney Andrew S. Rosenman, a motion to appear without local counsel. Rosenman maintains an office in Chicago, Illinois, and is an active member of the State Bar of Michigan (P54869). Local Rule 83.20(f) requires local counsel when an attorney admitted to practice before this court "is not an active member of the State Bar of Michigan." E.D. Mich. LR 83.20(f). As Rosenman is an active member of the Michigan Bar, this rule is inapplicable to him. Therefore, Defendant need not obtain local counsel. Accordingly,

IT IS ORDERED that Defendant Waggin' Train's motion to appear without local counsel [Dkt. # 29] is GRANTED.

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: November 19, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 19, 2010, by electronic and/or ordinary mail.

                                                         s/Lisa Wagner
                                                        Case Manager and Deputy Clerk
                                                        (313) 234-5522